IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

N.K.C. and K.D.C.,
individually and as Natural Guardians of
A.L.C., an infant,

        **Plaintiffs**

v.                                         Civil Action No. 3:13-cv-5881
                                         Honorable Robert C. Chambers

ST. MARY'S MEDICAL CENTER, INC.,
a West Virginia corporation, UNITED HEALTH
PROFESSIONALS, INC., a West Virginia corporation,
and STEVEN S. BRUMFIELD, M.D., an individual,

        **Defendants.**

## AGREED ORDER OF DISMISSAL

CAME THIS DAY, Defendants—St. Mary's Medical Center, Inc., by and through its undersigned counsel, United Health Professionals, Inc., by and through its undersigned counsel, and Steven S. Brumfield, M.D., by and through his undersigned counsel—and Plaintiffs, N.K.C. and K.D.C., individually and as Natural Guardians of A.L.C., an infant, by and through their undersigned counsel, and hereby jointly moved this Honorable Court to enter an Order, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, dismissing the above-captioned matter, with prejudice. Counsel for Plaintiffs and Counsel for Defendants represented to the Court that all issues and disputes between and among Plaintiffs and Defendants have been compromised and settled in good faith, and therefore it is appropriate to dismiss the action. The parties' agreement to the voluntary dismissal of this civil action is indicated by the signatures of their respective counsel, below.

This Court previously FOUND that the settlement of this litigation has been made in good faith and is in the best interests of the infant plaintiff.

WHEREFORE, this Court hereby ADJUDGES, ORDERS and DECREES that Plaintiffs' claims against Defendants are dismissed, with prejudice, and that this civil action shall be stricken from the Court's docket. The parties shall bear their own costs.

The Court further DIRECTS the Clerk to send a copy of this *Agreed Order of Dismissal* to all counsel of record.

IT IS SO ORDERED this 2-3 day of December, 2013.

_____
The Honorable Robert C. Chambers


**Prepared and Presented by:**

_____s/ Tamela J. White_____
Tamela J. White, Esquire (West Virginia Bar Number: 6392)
Bernard S. Vallejos, Esquire (West Virginia Bar Number: 10017)
Attorneys for Steven S. Brumfield, M.D.
FARRELL, WHITE & LEGG PLLC
914 5th Avenue, P.O. Box 6457
Huntington, WV 25772-6457
Telephone:   (304) 522-9100
Facsimile:   (304) 522-9162
E-mail:      tjw@farrell3.com
E-mail:      bsv@farrell3.com

**Reviewed and Agreed to by:**

_____*s/Robert V. Berthold, Jr.*_____
Robert V. Berthold, Jr., Esquire (West Virginia Bar Number: 326)
Holly G. DiCocco, Esquire (West Virginia Bar Number: 8571)
Attorneys for Plaintiffs, N.K.C., K.D.C. and A.L.C.
BERTHOLD LAW FIRM PLLC
P.O. Box 3508
Charleston, WV 25335
Telephone:   (304) 345-5700
Facsimile:   (304) 345-5703
E-Mail:      RVB@BertholdLaw.com
E-Mail:      HGD@bertholdlaw.com

**Reviewed and Agreed to by:**

_____*s/D. C. Offutt, Jr.*_____
D.C. Offutt, Jr., Esquire (West Virginia Bar Number: 2773)
Jody M. Offutt, Esquire (West Virginia Bar Number: 9981)
Attorneys for Defendant United Health Professionals, Inc.
Offutt Nord Burchett, PLLC
949 Third Avenue, Suite 300
Huntington, WV  25701
Telephone:   (304) 529-2868
Facsimile:   (304) 529-2999
E-Mail:      dcoffutt@onblaw.com
E-Mail:      jmoffutt@onblaw.com

**Reviewed and Agreed to by:**

_____*s/ Robert M. Sellards*_____
Robert M. Sellards, Esquire (West Virginia Bar Number: 9104)
J. Lauren H. Savory, Esquire (West Virginia Bar Number: 11924)
Counsel for Defendant St. Mary's Medical Center, Inc.
Nelson, Mullins, Riley & Scarborough LLP
949 Third Avenue, Suite 200
Huntington, WV  25701
Huntington, WV  25701
Telephone:   (304) 526-3500
Facsimile:   (304) 526-3599
E-Mail:      Rob.Sellards@nelsonmullins.com
E-Mail:      Lauren.Savory@nelsonmullins.com

{F0785244.2 }